## EDMUND KELLY, RESPONDENT, v. THE FALL BROOK COAL COMPANY, APPELLANT.

*Principal — when bound by contracts of agent.*

An agent who is accustomed to make contracts for his principal, with the principal's knowledge, may bind the principal by his contracts, although the instructions of the agent are not to contract without his principal's knowledge.

APPEAL from a judgment in favor of the plaintiff, entered on the report of a referee.

The action was brought to recover damages for an alleged breach of a contract, claimed by the plaintiff to have been made between him and the defendant about June 7, 1873. The plaintiff alleges an agreement by defendant " to load his vessel and furnish a cargo from the office of defendant, at Watkins, in the county of Schuyler, to some point east, in turn with the defendant's boats, and in that way give full cargoes and employment for the plaintiff 's boat and its master and crew during the said season," and alleges, as a breach, that his boat was not loaded in turn, but was kept idle, and claims damages for such breach.

*Hurd & Fletcher*, for the appellant.

*William Lounsbery*, for the respondent.

Opinion by LEARNED, P. J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Judgment affirmed.